OPINION — AG — ** DOCUMENTARY STAMP TAX — ASSIGNMENT OF REALTY ** AN ASSIGNMENT OF REALTY WHERE THE STATE HAS SOLD PROPERTY PURSUANT TO A CERTIFICATE OF PURCHASE AND IS NOT A PARTY TO THE ASSIGNMENT BETWEEN THE STATE'S VENDEE, ASSIGNOR AND THE ASSIGNEE, SUCH ASSIGNMENT IS SUBJECT TO THE DOCUMENTARY STAMP TAX. (CONVEY, REAL PROPERTY, TRANSFERRED, SOLD) CITE: 68 O.S. 5102 [68-5102] 68 O.S. 5101 [68-5101], 68 O.S. 5107 [68-5107] (DONALD B. NEVARD) ** SEE OPINION NO. 90-017 (1991)